FILED IN OPEN COURT
APR 23 2025
CHRISTOPHER L. EKMAN, CLERK

KSC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM NO. 25-84-KD |
| | * | USAO NO. 24R00457 |
| v. | * | |
| | * | VIOLATIONS: 18 U.S.C. § 2252A(a)(5) |
| | * | 18 U.S.C. § 2252A(b) |
| | * | 18 U.S.C. § 1466(A)(b)(1) |
| JAMES EUGENE DEES | * | 18 U.S.C. § 2260A |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One
### Possession of Child Pornography
### Title 18, United States Code, Section 2252A(a)(5)(B) and (b)

On or about July 12, 2024, in the Southern District of Alabama, the defendant,

**JAMES EUGENE DEES,**

knowingly possessed material which contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor, that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. Sections 2252A(a)(5)(B) and 2252A(b).

### Count Two
### Possession of Obscene Visual Representations of the Sexual Abuse of Children
### Title 18, United States Code, Section 1466A(b)(1)

On or about July 12, 2024, in the Southern District of Alabama, the defendant,

**JAMES EUGENE DEES,**

knowingly possessed at least one visual depiction that depicted a minor engaging in sexually explicit conduct and was obscene, and any visual depiction involved in the offense had been shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using materials that had been mailed, and that had been shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. Section 1466A(b)(1) and (d)(4).

### Count Three
### Penalties for Registered Sex Offenders
### Title 18, United States Code, Section 2260A

On or about July 12, 2024, in the Southern District of Alabama, the defendant,

**JAMES EUGENE DEES,**

an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 1466A(b)(1).

All in violation of Title 18 United States Code Section 2260A.

### FORFEITURE NOTICE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18 United States Code, Sections 1427(a)(1) and (3) and 2253(a).

Pursuant to 18 United States Code, Sections 1427(a)(1) and (3) and 2253(a), upon conviction of one or both the offenses in violation of Title 18 United States Code, Sections 2252A as set for in Count One and 1466(A)(b)(1) as set forth in Count Two, the defendant,

**JAMES EUGENE DEES,**

shall forfeit to the United States:

    a. Any visual depiction described in Title 18, United States Code, Sections

     2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

  b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

  c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

The property to be forfeited includes, but is not limited to, the following:

  One Black Nokia Flip Phone, serial number BEF9F85LU.

  All pursuant to Title 18, United States Code, Section 2253(a).

If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

DEPUTY FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

KACEY CHAPPELEAR
Assistant United States Attorney

SEAN P. COSTELLO
United States Attorney

APRIL 2025